IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON McCOY,

      Plaintiff,                      No. CIV S-02-0166 MCE CMK P

    vs.

CAL A. TERHUNE, et al.,

      Defendants                   <u>ORDER</u>

_____/

      Currently before the court is plaintiff's April 18, 2005 motion for extensions of time. Plaintiff seeks a sixty day extension of time until July 5, 2005, to file objections to the findings and recommendations filed on April 5, 2005. Plaintiff also seeks an extension of time to complete and submit U.S. Marshal forms to the court for service.

      Good cause appearing, plaintiff is granted an extension of time until May 5, 2005, to file objections to the findings and recommendations and to submit completed U.S. Marshal forms to the court for service.

DATED: April 22, 2005.

                                                      /s/ **CRAIG M. KELLISON**
                                                      Craig M. Kellison
                                                      UNITED STATES MAGISTRATE JUDGE