IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON McCOY,

        Plaintiff,                    No. CIV S-02-0166 MCE CMK P

  vs.

CAL A. TERHUNE, et al.,

        Defendants.             ORDER

_____/

        Plaintiff has filed his second request for an extension of time to file objections to the April 5, 2005 findings and recommendations. Good cause appearing, the request will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's May 2, 2005 request for an extension of time is granted; and

        2. Plaintiff shall file objections to the April 5, 2005 findings and recommendations on or before June 2, 2005.

DATED:  May 9, 2005

                                                          /s/   **CRAIG M. KELLISON**
                                                          Craig M. Kellison
                                                          UNITED STATES MAGISTRATE JUDGE

mcco0166.36a