IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON McCOY,                                No. CIV-S-02-0166 MCE/CMK P

    Plaintiff,

  v.                                        <u>ORDER</u>

CAL A. TERHUNE, ET. AL.,

    Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On April 5, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.

///

1  On April 26, 2005, plaintiff was granted until May 5, 2005 to
2  file objections.  Plaintiff has filed objections to the findings
3  and recommendations.
4      In accordance with the provisions of 28 U.S.C.
5  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
6  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
7  entire file, the court finds the findings and recommendations to
8  be supported by the record and by proper analysis.
9      Accordingly, IT IS HEREBY ORDERED that:
10     1.  The findings and recommendations filed April 5, 2005,
11 are adopted in full; and
12     2.  The Retaliation, Eighth Amendment, ADA and interference
13 with access to the courts claims are each dismissed for failure
14 to state a claim.
15 DATE: May 24, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE