IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AARON McCOY,<br><br>           Plaintiff,<br><br>    v.<br><br>CAL A. TERHUNE, et al.,<br><br>           Defendants. | CASE NO. CV-02-0166 MCE CMK (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FOURTH AMENDED COMPLAINT** |

Defendants' first request for an extension of time to file a responsive pleading to Plaintiff's Fourth Amended Complaint was considered by this Court and, good cause appearing,

**IT IS HEREBY ORDERED** that, from the date this order is served, Defendants have 30 days, up to and including October 12, 2005, to file their response to Plaintiff's Fourth Amended complaint.

Dated: September 13, 2005

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1

*[Proposed] Order Granting Defendants' First Request For*
*An Extension of Time To Respond To Plaintiff's Fourth Amended Complaint*