IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AARON McCOY,**<br><br>             Plaintiff,<br><br>     v.<br><br>**CAL A. TERHUNE, et al.,**<br><br>             Defendants. | CASE NO. 2:02-CV-00166 MCE CMK<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT** |

Defendants Baughman, Cangemi, Chastain, Holmes, Jaffe, Kelly, Martel, Mini, Phillips, Pliler, Rosario, Shoemaker and Terhune second request for extension of time to file a response to Plaintiff's Complaint was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants are granted 30 days, to and including November 7, 2005, to file their response to Plaintiff's Fourth Amended Complaint.

October 12, 2005

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE