IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AARON McCOY,**<br><br>                                          Plaintiff,<br><br>v.<br><br>**CAL A. TERHUNE, et al.,**<br><br>                                          Defendants. | 2:02-CV-00166 MCE CMK (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT** |

<u>ORDER</u>

Defendants Baughman, Cangemi, Chastain, Holmes, Jaffe, Kelly, Martel, Mini, Phillips, Pliler, Rosario, Shoemaker and Terhune's request for a 10-day extension of time to file a reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Fourth Amended Complaint was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants are granted 10 days, to and including January 12, 2006, to file their reply to Plaintiff's Opposition.

January 4, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1