IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON McCOY,

    Plaintiff,               No. CIV S-02-0166 MCE CMK P

   vs.

CAL A. TERHUNE, et al.,

    Defendants.       <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file and serve his objections the July 14, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's August 11, 2006 request for an extension of time is granted; and

    2. Plaintiff is granted until September 11, 2006 to file and serve his objections to the July 14, 2006 findings and recommendations.

DATED: August 22, 2006.

                                     **CRAIG M. KELLISON**
                                     UNITED STATES MAGISTRATE JUDGE