UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| AARON D. MCCOY,<br><br>　　　　Plaintiff - Appellant,<br><br>v.<br><br>CAL A. TERHUNE, Cheryl Pliler, K.M. Chastain, Michael F. Martel, B. Holmes, Grace Cangemi, W. Shoemaker, Jaffe, M.D., R. Phillips, K. Kelly, Vince Mini, Baughman, G. Congemi,<br><br>　　　　Defendant - Appellee. | No. 06-16921<br>D.C. No. CV02-00166-MCE/CMK<br><br><br>**ORDER** |

This appeal has been taken in good faith　[ ]

This appeal is not taken in good faith　　[✓]

Explanation: _____

_____

_____

_____

　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　Date: ___NOV - 1 2006___